USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 ESTHER SPREI,                                    :
                                                  :
                          Plaintiff,              :
            -against-                             :     1:19-cv-08136-GHW
                                                  :
 EQUIFAX INFORMATION SERVICES, LLC, et            :     ORDER
 al,                                              :
                          Defendants.             :
                                                  :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference to discuss Plaintiff and Defendant Trans Union LLC's proposed stipulation at Dkt. No. 29 on November 15, 2019 at 12:30 p.m. Plaintiff and Defendant Trans Union LLC are directed to call Chambers (212-805-0296) at that time with both parties on the line.

Plaintiff is directed to serve a copy of this order on all defendants who are not represented by counsel in this action and to retain proof of service.

SO ORDERED.

Dated: November 14, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge